**Opinion issued November 19, 2020**



In The

# Court of Appeals

### For The

## First District of Texas

———————————

### NO. 01-20-00356-CV

———————————

## IN RE JAMES W. TURNER CONSTRUCTION, LTD., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, James W. Turner Construction, Ltd., filed a petition for writ of mandamus, challenging the trial court's December 2, 2019 order denying relator's motion to dismiss.[1]

---

[1]   The underlying case is *Ryder & Ryder, Ltd. v. James W. Turner Construction, Ltd.*, cause number 2019-49797, pending in the 234th District Court of Harris County, Texas, the Honorable Lauren Reeder presiding.

We deny the petition.  *See* TEX. R. APP. P. 52.8(a).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack, and Justices Lloyd and Kelly.